UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>DANIEL J. BOCK,<br><br>                  Defendant. | Case No. MJ13-182<br><br>**DETENTION ORDER** |

Offense charged:

    Felon in Possession of a Firearm – Armed Career Criminal.

Date of Detention Hearing:  April 4, 2013.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant is charged with a crime that carries a presumption of detention.  He has failed to overcome that presumption. The Court received no information about defendant's ties to the

DETENTION ORDER - 1

community, residence, employment, or health.  Defendant has a lengthy criminal history, and a poor history of compliance with conditions of supervision. Defendant made no argument for release.

It is therefore **ORDERED**:

(1)	Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)	Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)	On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)	The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of April, 2013.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2